Dennis P. Conner
James Robert "JR" Conner
CONNER & MARR, PLLP
P. O. Box 3028
520 Third Avenue North
Great Falls, MT 59403-3028
Telephone: (406) 727-3550
Facsimile: (406) 727-1640
dennis@connermarr.com
jr@connermarr.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GEORGE KONESKY and DIANE KONESKY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Cause No. CV-15-00108-BMM<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, acting by and through their respective counsel of record, that the claims of Plaintiffs George Konesky and Diane Konesky against Defendant United States of America may be dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs.

Dated this 30th day of August, 2016.

         CONNER & MARR, PLLP

         /s/ James Robert "JR" Conner
         P.O. Box 3028
         Great Falls, MT 59403-3028
         jr@connermarr.com
         *Attorneys for Plaintiffs*


         /s/ Melissa A. Hornbein
         Assistant U.S. Attorney
         U.S. Attorney's Office
         901 Front Street, Suite 1100
         Helena, MT 59626
         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2017, a copy of the foregoing document was served on the following persons by the following means:

<u>    1, 2    </u>   CM/ECF
<u>              </u>Hand Delivery
<u>              </u>Mail
<u>              </u>Overnight Delivery Service
<u>              </u>Fax/E-Mail

1. Clerk of District Court

2. Melissa A. Hornbein, Assistant U.S. Attorney, U.S. Attorney's Office, 901 Front Street, Suite 1100, Helena, MT 59626, *Attorneys for Defendant*

                                      CONNER & MARR, PLLP

                                      /s/ James Robert "JR" Conner
                                      James Robert "JR" Conner
                                      P.O. Box 3028
                                      Great Falls, MT 59403-3028
                                      jr@connermarr.com
                                      *Attorneys for Plaintiffs*